# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: GIOVANNI F. LAMPIGNANO & PATRICIA A. NAVARRO  Case Number: 04-70236
2324 ASPEN DRIVE   SSN-xxx-xx-6696 & xxx-xx-3577
WOODSTOCK, IL  60098

Case filed on: 1/16/2004
Plan Confirmed on: 4/9/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $35,127.01     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY SCOTT A BENTLEY | 1,600.00 | 1,600.00 | 1,600.00 | 0.00 |
|  | Total Legal | 1,600.00 | 1,600.00 | 1,600.00 | 0.00 |
| 999 | GIOVANNI F. LAMPIGNANO | 0.00 | 0.00 | 129.39 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 129.39 | 0.00 |
| 001 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CHASE HOME FINANCE | 5,543.05 | 5,543.05 | 5,543.05 | 311.13 |
|  | Total Secured | 5,543.05 | 5,543.05 | 5,543.05 | 311.13 |
| 003 | ACC INTERNATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 1,286.85 | 1,286.85 | 1,286.85 | 0.00 |
| 005 | ARROW FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ASSOCIATES COLLECTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BLATT HASENMILLER LEIBSKER MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 441.47 | 441.47 | 441.47 | 0.00 |
| 009 | CAPITAL ONE | 427.63 | 427.63 | 427.63 | 0.00 |
| 010 | RESURGENT CAPITAL SERVICES | 735.70 | 735.70 | 735.70 | 0.00 |
| 011 | DEBT RECOVERY SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | PORTFOLIO RECOVERY ASSOCIATES | 1,605.23 | 1,605.23 | 1,605.23 | 0.00 |
| 013 | HOUSEHOLD FINANCE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | WELLS FARGO FINANCIAL | 1,384.92 | 1,384.92 | 1,384.92 | 0.00 |
| 015 | RETAILERS NATIONAL BANK | 769.10 | 769.10 | 769.10 | 0.00 |
| 016 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MCM | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MEMORIAL MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MERCY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MEYER & NJUS PA | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MHS PHYSICIAN SVS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MHS PHYSICIAN SVS. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MT STORAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | NORTH AMERICAN COLLECTORS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ORCHARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ROUNDUP FUNDING LLC | 4,610.67 | 4,610.67 | 4,610.67 | 0.00 |
| 027 | ECAST SETTLEMENT CORPORATION | 1,096.58 | 1,096.58 | 1,096.58 | 0.00 |
| 028 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | RESURGENT CAPITAL SERVICES | 2,446.78 | 2,446.78 | 2,446.78 | 0.00 |
| 030 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | THE CBE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | TODD CURTIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | TRANSWORLD SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | UCB INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | SALLIE MAE GUARANTEE SERVICES INC | 9,954.04 | 9,954.04 | 9,954.04 | 0.00 |
| 036 | VAN RU CREDIT CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | CONDELL MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | FIRST NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | SHERMAN ACQUISTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | RESURGENT CAPITAL SERVICES | 339.92 | 339.92 | 339.92 | 0.00 |
|  | Total Unsecured | 25,098.89 | 25,098.89 | 25,098.89 | 0.00 |
|  | Grand Total: | 32,241.94 | 32,241.94 | 32,371.33 | 311.13 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $32,682.46 |
| Trustee Allowance: | $2,444.55 |
| Percent Paid Unsecured: | 100.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

        /s/ Lydia S. Meyer
        Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/23/2009            By  /s/Heather M. Fagan